**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jonathan Matthew WOOD,**
**Defendant–Appellant.**

**No. 13–10367**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 9, 2013.

Lennard B. Register, III, Robert G. Davies, U.S. Attorney's Office, Pensacola, Pamela C. Marsh, Francis Todd Williams, U.S. Attorney's Office, Gainesville, FL, for Plaintiff–Appellee.

Chet Kaufman, Randolph Patterson Murrell, Federal Public Defender's Office, Tallahassee, FL, for Defendant–Appellant.

Jonathan Matthew Wood, Coleman, FL, pro se.

Before WILSON, MARTIN and HILL, Circuit Judges.

PER CURIAM:

Chet Kaufman, counsel for Jonathan Matthew Wood in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examina-

tion of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Wood's conviction and sentence are **AFFIRMED.**